UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SHAWN JUSKAVITCH,

           Plaintiff,

v.

THE FISHING COMPANY OF ALASKA, INC.; AK VICTORY, INC., and F/V ALASKA VICTORY, Official Number 569752, her engines, machinery, appurtenances and cargo, in rem,

           Defendants.

**IN ADMIRALTY**

Case No. C17-979 RSM

ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before the above-entitled court on the Stipulation of the parties, and therefore, IT IS HEREBY

ORDERED that the above-entitled action is dismissed with prejudice and that each party shall bear his/her own costs and attorney's fees incurred in the above-captioned case.

Dated this 25th day of January 2018.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL WITH PREJUDICE - 1
Case No. 2:17-cv-00979-RSM

**HOLMES WEDDLE & BARCOTT**
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA 98104-4011
TELEPHONE (206) 829-7572
FAX (206) 340-0289